IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MIGUEL JIMENEZ-JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL HOSPITALITY GROUP, INC./CASINO DEL SOL<br><br>Defendants | CIV. NO.: 15-1461 (SCC) |

**FINAL JUDGMENT**

Pursuant to the Opinion and Order at Docket No. 86, the Court dismisses all claims with prejudice, without the imposition of attorney fees and costs to either party.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

In San Juan, Puerto Rico, this 1st day of December, 2017.

S/ SILVIA CARREÑO-COLL
UNITED STATES MAGISTRATE JUDGE